# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TAZJAR ROUSE<br> aka, Tazjay Rouse<br><br>  Defendant. | Case № 2:24-cr-00416-ODW-4<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR RECONSIDERATION OF SENTENCE** |

      On December 11, 1023, Defendant Rouse, Jordan Leonard, Charles Christopher, and D'Angelo Spencer aided and abetted one another in the armed robbery of Los Angeles convenience stores in Los Angeles in violation of 18 U.S.C 1951(a), 2(a) [ Count 5 of the Indictment.]  Count 6 alleges that Rouse aided a co-conspirator who possessed, used, carried, or brandished a firearm in furtherance of the commission of Count 5.

      On January 10, 2025, Rouse pled guilty to Counts 5 & 6.  On November 24, 2025 he appeared for sentencing on Counts 5 & 6 during which the court committed fundamental errors which resulted in the imposition of an erroneous sentence.  A few short weeks later, on December 12, 2025, the government brought those errors to the

court's attention via a motion for reconsideration.  [DE-176.]  That motion is hereby granted so the error may be corrected.

The Court will construe the motion papers as the government's position on the underlying issue.  If Defendant Rouse desires to submit briefing in opposition of the government's position, it may do so by January 5, 2026.  At that point the matter will stand submitted.

DATE:  December 17, 2025.

_____
United States District Judge
**OTIS D. WRIGHT, II**